UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRENCE L. LOVETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:11 CV 1271 RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration. This matter was referred to United States Magistrate Judge Terry I. Adelman for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). On July 6, 2012, Magistrate Judge Adelman filed his recommendation that the decision of the Commissioner be affirmed and that the case be dismissed. No objections to the report and recommendation were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Adelman set forth in support of his recommended ruling noted in the Report and Recommendation of July 6, 2012 and will affirm the decision of the Commissioner and dismiss the case.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated July 6, 2012 [#15] is adopted in its entirety.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and the case is dismissed.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of July, 2012.